Law Offices of
# MICHAEL J. MACHEN
310 Grant Street
Suite 823
Pittsburgh, PA 15219
(412) 973-8008
(412) 281-7878 (fax)

December 14, 2015

Magistrate Judge Lisa Pupo Lenihan     via facsimile: (412) 208-7377
Federal Courthouse
Pittsburgh, PA 15219

    RE:   Laurel Schlemmer
            15-1583
            Writ of Habeas Corpus

Dear Judge Lenihan:

I am counsel to Ms. Laurel Schlemmer in her case in the Court of Common Pleas of Allegheny County. In a discussion with Ms. Schlemmer, she had no knowledge as to the Writ of Habeas Corpus filed at 15-1583 in the Western District of Pennsylvania.

If this Honorable Court needs any additional facts, I shall be available immediately.

Respectfully yours,

Michael J. Machen
Attorney at Law

MJM:sle