United States District Court
for the Western District of Pennsylvania

Laurel Michele Schlemmer, et al.,
                Petitioner,
    v.
Central Intelligence Agency, et al.,
                Respondents.

Civil Action No. 2:15-cv-01583-LPL

FILED
DEC 30 2015
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION TO TAKE JUDICIAL NOTICE

Petitioner Laurel Michele Schlemmer by and through next friend Frederick Banks files the foregoing Motion to Take Judicial Notice and represents.

1. Schlemmer noticed that in 2007 a litigant made a similar claim to the claim she makes regarding CIA electronic surveillance and harassment in Ground ONE of the 2241 petition. See Foggy v. United States Gov't 2007 US Dist Lexis 103230 (D. Idaho May 16, 2007)(Plaintiff alleged government put "Hollywood Voices" inside her head which told her to kill her son.) Foggy also claimed instances of government electronic "body modification" (body modification is brought about by CIA Synthetic Telepathy in which the government operator sends wireless signals to make the individual think their body is being altered.) Compare with Testimonials of "Jaami Ali" on youtube.com (Jaami is a personal acquaintance of Frederick Banks because of the Harassment by the government Jaami actually believes her body is being and has been altered. To Banks however, Jaami looks normal. Before Jaami was electronically harassed she was an accomplished songwriter with a Masters degree. Today Jaami is homeless and living on the streets of New York as a targeted individual.)

Wherefore, the foregoing Motion should be granted.

Respectfully submitted,
/s/ _____
for Laurel Michele Schlemmer
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Frederick Banks
#120759, Act., 950 Second Av
Pgh, PA 15219

Certificate of Service

I hereby certify that on this 25th day of December, 2015 I served a true and correct copy of the foregoing by mail delivery upon the following;

Clerk, US Dist Court
US Courthouse
700 Grant Street
Pittsburgh, PA 15219

CC: All parties of Record

Frederick Banks